IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LATWANDA EVANS                                                                          PLAINTIFF

VS.                                                  CASE NO. 05-CV-1086

AUTOZONE STORES, INC,. a
Nevada corporation; DANIEL
HOLLINGSWORTH, an individual;
ALTON TULLIS, an individual;
LARRY HELTON, an individual; and
various JOHN DOES, employees, agents,
and/or officers of AutoZone                                                              DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendants AutoZone Stores, Inc., Daniel Hollingsworth, Alton Tullis and Larry Helton. (Doc. No. 30). Plaintiff Latwanda Evans has filed a response to the motion. (Doc. No. 64). Defendants have filed a reply to Plaintiff's response. (Doc. No. 72). Upon consideration, for the reasons set forth in the Memorandum Opinion of even date, the Court finds that the Motion for Summary Judgment should be and hereby is **granted**. Accordingly, Plaintiff's claims against the Defendants AutoZone Stores, Inc., Daniel Hollingsworth, Alton Tullis and Larry Helton are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 13th day of March, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge